# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA RUIZ,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, et al.,<br><br>    Defendants. | Case No.: 1:17-cv-00812 DAD JLT<br><br>ORDER GRANTING STIPULATED PROTECTIVE ORDER<br><br>(Doc. 12) |

Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulated protective order (Doc. 12) is **GRANTED AS MODIFIED** below:

    a. As to paragraph 10, requests to seal confidential information SHALL comply with Local Rule 141.

IT IS SO ORDERED.

Dated: __**December 22, 2017**__          ___**/s/ Jennifer L. Thurston**___
                                                                        UNITED STATES MAGISTRATE JUDGE